

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2016

No. 04-16-00579-CR

Anthony Torres **DELEON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR10045B
Honorable Mary D. Roman, Judge Presiding

## O R D E R

In 2011, a jury found appellant Anthony Torres De Leon guilty of murder and sentenced him to confinement for twenty-three years. Sentence was imposed on April 4, 2011. De Leon appealed. On April 18, 2012, this court affirmed the trial court's judgment. *See De Leon v. State*, 373 S.W.3d 644 (Tex. App.—San Antonio 2012, pet. ref'd). The mandate issued on October 24, 2012.

On August 29, 2016, De Leon filed a document in the trial court stating his desire to proceed with an out-of-time appeal and citing Article 39 of the Texas Code of Criminal Procedure, which governs discovery and depositions in criminal cases. On September 7, 2016, the trial court appointed counsel to represent De Leon. On September 14, 2016, the trial court clerk filed the clerk's record in this court.

After reviewing the clerk's record, we are of the opinion that this court has no jurisdiction over this attempted appeal. De Leon has already brought a direct appeal in this court and we have affirmed the trial court's judgment. Furthermore, this court has no jurisdiction to grant out-of-time appeals and has no original habeas jurisdiction in criminal cases. *See Ashorn v. State*, 77 S.W.3d 405, 409 (Tex. App.—Houston [1st Dist.] 2002, pet. ref'd).

Therefore, we ORDER De Leon to show cause on or before **October 10, 2016** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2016.



_____
Keith E. Hottle
Clerk of Court